"Dear Clerk                                    3-31-15

MR. Thomas Vemmerson #827
864. Died today And I you appolint me Attorney, For I am Bi-polar
Skitfrentic, Depress on V.A. Records
in Dallas Tx, CR,101038 And their
Two I can't find I asking Pleads
in God's Name Help I asking Pleads

RECEIVED IN
COURT OF CRIMINAL APPEALS
APR 27 2015
Abel Acosta, Clerk

P. Apylee                    189/985

Writting left            Will Haldeman
One side in a left        3 Jesyer Rd
                          Richmond, Tx
Writting write
                              77406

I'm in wheel chair Hope you want
let dogs get (me) coming All Kind
Inmates playing Lower?

Please Help me, Please